UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR STARKER,

                Plaintiff,

against

SPIRIT AIRLINES, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6812 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Per the Order at ECF No. 58, the parties were directed to file a joint letter on the status of settlement or a joint stipulation of dismissal by December 2, 2019. The parties are now **ORDERED** to file a joint status report by **December 10, 2019** explaining their failure to comply with the Court's order and informing Court of the status of settlement negotiations.

The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at the below address.

Dated:     New York, New York
            December 3, 2019

                                                  SO ORDERED

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**

<u>Mail to</u>:    Oscar Starker
                110 Fulton Street, Apt. 9A
                New York, NY 1038