UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR STARKER,

                Plaintiff,

against

SPIRIT AIRLINES, et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 6812 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of the Stipulation of Voluntary Dismissal filed December 10, 2019 as to defendants Spirit Airlines and Sherron Hines.

Plaintiff and Counsel for defendants Spirit Airlines and Sherron Hines are **ORDERED** to file a joint letter by **Wednesday, December 18, 2019** explaining the case posture as to the remaining defendants: Jarrod Bell, Gustavo Ospina, Bridget McKinney, Kevin Panicara and Does 1-10. It appears that summons were issued for these remaining defendants (with the exception of Does 1-10) on January 30, 2018, but that service was never effected. Plaintiff is to inform the Court whether he wishes to continue the action against the remaining defendants.

The Clerk of Court is respectfully directed to mail a copy of this order to the Plaintiff at the below address.

Dated:    New York, New York
            December 11, 2019

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

Mail to:      Oscar Starker
              110 Fulton Street, Apt. 9A
              New York, NY 1038